# MURRIN LAW FIRM

*Please reply to office checked*      **John O. Murrin**

2682 270th St.     (562) 342-3011
Madison, MN 56256
(952) 994-1066     *Admitted in Minn., Wisc.,N. Dak., Calif, & Federal Courts*

March 2, 2010

The Honorable Patrick J. Schiltz
Judge of U.S. District Court
778 Federal Bldg.
316 N. Robert St.
St. Paul, MN 55101

Re:     John O. Murrin III et al v.Avidigm Capital Group and Steven J. Mattson
         Court File No. 0:07-cv-1295 (PJS/RLE)

### REQUEST FOR TELEPHONE HEARING

Dear Judge Schiltz:

On March 24, 2010, the above-referenced matter is scheduled for a default hearing. It is my belief that the Defendants will not appear since they have not responded in any way to the motion nor at any time in the Federal Court case.

Originally I was to be in Minnesota for another matter and so scheduled the hearing during that time frame, but that matter was canceled. Therefore, I would have to fly to Minnesota from my residence in California specifically for this default hearing.

I am requesting that I be permitted to appear for this hearing by telephone.

Very truly yours,

/s/ John O. Murrin

John O. Murrin

JOM/jmm