# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| John Murrin, DeVonna K. Murrin, | ) | **COURT MINUTES** |
| | ) | BEFORE: Patrick J. Schiltz |
| Plaintiffs, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No:          07-CV-1295 (PJS/RLE) |
| | ) | Date:               March 24, 2010 |
| Avidigm Capital Group, Inc., Steven J. | ) | Deputy:            S. Fast |
| Mattson, | ) | Court Reporter:   Debra Beauvais |
| | ) | Time Commenced:  8:30 a.m. |
| Defendants. | ) | Time Concluded:   8:45 a.m. |
| | ) | Time in Court:     Hours & 15 Minutes |

Hearing on:  **Plaintiffs' Motion (Application) for Judgment against Avidigm Capital Group, Inc. And Steven J. Mattson (Docket No. 401)**

APPEARANCES:

    Plaintiffs:    John Murrin (pro se) appeared by telephone
    Defendants:    none

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

    ☐ **Submitted**          ☐ **Sustained**          ☐ **Overruled**
    ☐ Brief time set:
    ☒ Written order forthcoming.

                                                              s/S. Fast
                                                          Calendar Clerk